# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| CORTEZ COGSHELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:08CV1417 JCH |
| | ) | |
| PHELPS COUNTY DETENTION | ) | |
| FACILITY'S PHYSICIANS AND | ) | |
| MEDICAL STAFF, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Plaintiff, an inmate at the St. Charles County Adult Detention Center, filed this § 1983 action on September 17, 2008. Although plaintiff submitted a motion to proceed in forma pauperis with his complaint, he failed to provide the Court with a certified copy of his prison account statement as required by 28 U.S.C. § 1915(a). Pursuant to the statute, plaintiff is required to provide to the Court a "certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint...,obtained from the appropriate official of each prison at which the prisoner is or was confined." 28 U.S.C. § 1915(a)(2).

On September 25, 2008, the Court ordered plaintiff to provide it with a certified copy of his account statement no later than October 25, 2008. On October

3, 2008, plaintiff filed with the Court a copy of the status of his inmate commissary and cash account, for a three-week period in September of 2008. Plaintiff noted on the bottom of the filing that in he would have additional monies in his account within a two-week time period.

The "account statement" submitted by plaintiff fails to comply with the statute enumerated above, most notably because it fails to identify the funds contained in plaintiff's inmate account within the six-month period preceding the filing of his complaint. The record shows that plaintiff was incarcerated at the Phelps County Detention Center at the time of the filing of his complaint. Accordingly, the inmate account statement covering the six-month period preceding the filing of plaintiff's complaint should be obtained from that institution.

In light of plaintiff's pro se status and his recent change of address, the Court will extend the deadline for the provision of the certified inmate account statement until November 24, 2008. Plaintiff's failure to provide the Court with the required certified account statement and/or to otherwise comply with this Court's Order will result in a dismissal of this action, without prejudice.

**IT IS HEREBY ORDERED** that plaintiff shall submit a certified copy of his prison account statement no later than November 24, 2008.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, this action will be dismissed without prejudice.

Dated this 15th Day of October, 2008.

/s/ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE